# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD CURTIS DAVIS, | Case No. 1:16-cv-00304 DLB PC |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | [ECF No. 5] |
| FEDERAL BUREAU OF PRISONS, et al., | ORDER DIRECTING PLAINTIFF TO PAY FILING FEE WITHIN THIRTY DAYS |
| Defendants. | |

Plaintiff Bernard Curtis Davis ("Plaintiff"), a federal prisoner proceeding pro se, filed this action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors, on March 5, 2016. Plaintiff consented to the jurisdiction of the Magistrate Judge on March 18, 2016.

On March 28, 2016, Plaintiff filed an application to proceed in forma pauperis. Review of the application reveals that Plaintiff has the sum of $243.54 in his prison trust account. In addition, the average daily balance in his account for the past 6 months was $665.66; the average balance for the previous thirty days was $541.11; the maximum balance in the past thirty days was $834.06; and in the past six months, a total of $1,076.83 was deposited and $1,554.00 was withdrawn. Based on these figures, the Court finds that Plaintiff is able to afford the costs of this action.

1  Accordingly, it is HEREBY ORDERED that Plaintiff's application to proceed in forma
2  pauperis is DENIED.  Plaintiff is DIRECTED to pay the filing fee for this action within thirty
3  days of the date of service of this order.  Failure to do so will result in dismissal of this action for
4  failure to comply with a court order.

IT IS SO ORDERED.

Dated:   **April 4, 2016**                            /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE